JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERRITA R. SANTA ANA,<br><br>　　　　Plaintiff,<br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 8:23-cv-00831-AJR<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: January 2, 2024

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE