Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Serrita R. Santa Ana

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERRITA R. SANTA ANA, | ) No. 8:23-cv-00831-AJR |
| | ) |
| Plaintiff, | ) **[PROPOSED] ORDER AWARDING** |
| | ) **EQUAL ACCESS TO JUSTICE** |
| v. | ) **ACT ATTORNEY FEES AND** |
| | ) **COSTS** |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND NINE HUNDRED TWENTY-EIGHT DOLLARS and SIX CENTS ($6,928.06), and costs under 28 U.S.C. § 1920, in the

/ / /

/ / /

/ / /

1

1  amount of FOUR HUNDRED TWO DOLLARS AND NO CENTS ($402.00),
2  subject to the terms of the above-referenced Stipulation.
3
4     Dated: 2/12/24
5     _____
        THE HONORABLE A. JOEL RICHLIN
6       UNITED STATES MAGISTRATE JUDGE